IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 2:11-00001-4 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| JAMES MICHAEL CASEY O'HOWELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant James Michael Casey O'Howell has entered a plea of guilty in this action. (Docket Entry No. 326). Accordingly, this Defendant's motions to sever (Docket Entry Nos. 234 and 271) are **DENIED as moot.**

It is so **ORDERED.**

ENTERED this the _15_ day of June, 2012.

WILLIAM J. HAYNES, JR.
United States District Judge